UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAILESH NAIK,

    Plaintiff,

v.

JO ANN BARNHART,

    Defendant.

                                   /

File no: 1:05-CV-831

HON. ROBERT HOLMES BELL

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that:

Defendant's motion for summary judgment (docket #12) is hereby **GRANTED** and judgment is entered in defendant's favor on all of plaintiff's claims with the exception of plaintiff's claims based on the termination of his employment.

**IT IS FURTHER ORDERED** that plaintiff's employment termination claims are dismissed without prejudice because plaintiff did not exhaust his available administrative

remedies before filing the lawsuit.


Date:    November 30, 2006             /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       CHIEF UNITED STATES DISTRICT JUDGE